UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUIS CARDOZE SANTANA,

      Petitioner,

  v.                        Case No.:  2:26-cv-00191-SPC-NPM

IMMIGRATION AND CUSTOMS
ENFORCEMENT *et al.*,

      Respondents,

_____/

## OPINION AND ORDER

Before the Court is Luis Cardoze Santana's *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1).  Immigration and Customs Enforcement (ICE) arrested Cardoze Santana on January 21, 2026, and he is currently detained at the detention center known as Alligator Alcatraz. Cardoze Santana claims his detention is illegal, but he does not say why.  The Court reviews the petition under Rule 4 of the Rules Governing Section 2254 cases.[1]

Courts in this district and around the country have found recent changes to ICE detention policies unlawful as applied in certain situations.  *See*, *e.g.*, *Bautista v. Santacruz,* --- F. Supp. 3d ---, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025).  But Cardoze Santana does not provide enough detail for the Court to

---

[1] Courts may apply the rules to habeas actions brought under § 2241.  *See* Section 2254 Rule 1(b).

determine whether ICE violated his rights.  The petition does not include potentially important facts, like when he entered the country, the status of any removal proceedings, the circumstances of his arrest, and any efforts to gain relief through administrative procedures.  Conclusory allegations are not enough to warrant habeas relief.  *See Chavez v. Sec'y, Fla. Dep't of Corr.*, 647 F.3d 1057, 1061 (11th Cir. 2011).

Cardoze Santana is not entitled to habeas relief on any ground in his petition.  Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice**.  Cardoze Santana may file an amended petition within **21 days** of this order.  Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on February 3, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1